Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

Case No.: 20−19952−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Louis Anthony Tenore  
64 Grove Ave.  
East Hanover, NJ 07936

Lynn Catherine Tenore  
64 Grove Ave.  
East Hanover, NJ 07936

Social Security No.:  
xxx−xx−0357  
xxx−xx−2313

Employer's Tax I.D. No.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). U.S. Trustee. (UST Staff03)

Dated: 10/9/20

United States Trustee

United States Bankruptcy Court

District of New Jersey

In re:  
Louis Anthony Tenore  
Lynn Catherine Tenore  
    Debtor(s)

Case No. 20-19952-RG  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 09, 2020 | Form ID: ntcabuse | Total Noticed: 36 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Anthony Tenore, Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 518937827 | | AT&T Universal Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518937826 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518937829 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 518937828 | + | Bank of America, PO Box 17234, Wilmington, DE 19850-7234 |
| 518937830 | + | Bayview Loan Servicing, PO Box 740410, Cincinnati, OH 45274-0410 |
| 518937833 | | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518937832 | | Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 518937836 | + | Cuna Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937839 | + | Eagle Hill Condos, c/o Pat Caprio, 230 Eagle Rock Avenue, Roseland, NJ 07068-1711 |
| 518937840 | | Fortiva Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 518937841 | | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518937845 | + | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518937846 | + | National Electric Benefit Fund, 2400 Research Boulevard, #500, Rockville, MD 20850-3266 |
| 518937847 | + | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518937850 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518937851 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 518937852 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518937853 | + | Sears Mastercard, PO Box 76051, Phoenix, AZ 85087-1041 |
| 518937854 | + | Synchrony Bank, c/o Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 518937855 | | TD Cash Visa, PO Box 54037, Columbus, GA 31908-4037 |
| 518937856 | + | The Jayson Company, 2150 Stanley Terrace, Union, NJ 07083-4320 |
| 518937857 | + | West Orange Municipal Federal Credit Uni, 342 Main Street, West Orange, NJ 07052-5726 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 09 2020 22:00:04 | AIS Portfolio Sevices, LP Attn: Capital One Auto F, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 21:59:57 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518946830 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 09 2020 22:00:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518937831 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 21:59:08 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 518937834 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 09 2020 21:59:10 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518937842 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2020 22:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518937843 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 09 2020 21:59:07 | JP Morgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 518937849 | | Email/Text: bnc@nordstrom.com | Oct 09 2020 22:05:24 | Nordstrom Card Services, PO Box 6566, Englewood, CO 80155-6566 |
| 518939521 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 21:59:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518937837 | *+ | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937838 | *+ | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937835 | *+ | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518937844 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 518937848 | *+ | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518937858 | *+ | West Orange Municipal Federal Credit Uni, 342 Main Street, West Orange, NJ 07052-5726 |
| jdb | *+ | Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Joint Debtor Lynn Catherine Tenore broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Louis Anthony Tenore broy@rltlawfirm.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 09, 2020 | Form ID: ntcabuse | Total Noticed: 36

Benjamin A. Stanziale, Jr.
    on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.
    trustee@stanzialelaw.com  nj45@ecfcbis.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Robert Davidow
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7