**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Ford Motor Credit Company LLC
Our File No.: 51839
JM-5630

In Re:

Louis Anthony Tenore
Lynn Catherine Tenore

Order Filed on October 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 20-19952 |
| Hearing Date: | 10-27-2020 |
| Judge: | RG |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____Ford Motor Credit Company LLC_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

☐  Real property more fully described as:

☑  Personal property more fully described as:

    2013 Ford F150
    Vehicle Identification Number
    1FTFW1ETXDFC86153

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 20-19952-RG

Louis Anthony Tenore    Chapter 7

Lynn Catherine Tenore

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Louis Anthony Tenore, Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb    *+    Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Barry J. Roy
    on behalf of Joint Debtor Lynn Catherine Tenore broy@rltlawfirm.com

Barry J. Roy
    on behalf of Debtor Louis Anthony Tenore broy@rltlawfirm.com

Benjamin A. Stanziale, Jr.
    trustee@stanzialelaw.com nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.
    on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 1

Denise E. Carlon
        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
        on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Robert Davidow
        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8