UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

In Re:

Louis Tenore & Lynn Tenore,

Debtors.

Case No.:     20-19952-RG

Chapter:     13

Hearing Date:     11/17/2020

Judge:     Gambardella

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 17)

_____

Date: 11/12/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*