Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

In Re:

Louis & Lynn Tenore,

　　　　　　　　　Debtors.

Case No.:    20-19952-RG

Judge:    Hon. Rosemary Gambardella

Chapter:    7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
# RETENTION OF STANZIALE & STANZIALE, P.C.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Upon the applicant's request for authorization to retain Stanziale & Stanziale, P.C. as Attorney to the Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>Stanziale & Stanziale, P.C.</u>
<u>29 Northfield Avenue, Suite 201</u>
<u>West Orange, New Jersey 07052</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*