UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

In Re:
    Louis Anthony Tenore
    Catherine Lynn Tenore

Debtors.

**Order Filed on November 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-19952 RG

Adv. No.:

Hearing Date: 11/17/2020 @ 10:00 a.m..

Judge: Rosemary Gambardella

## ORDER RESOLVING MOTION FOR RELIEF

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Louis Anthony Tenore, Catherine Lynn Tenore
Case No:  20-19952 RG
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Bayview Loan Servicing, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1222 Eagle Rock Avenue, Roseland, NJ, 07068, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Barry J. Roy, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that stay relief is granted as to the property located at 222 Eagle Rock Avenue, Roseland, NJ, 07068 effective immediately: and

It is **ORDERED, ADJUDGED and DECREED** the Secured Creditor will not have the property listed with the sheriff for a date of sale that is prior to November 15, 2021; and

It is **ORDERED, ADJUDGED and DECREED** that the trustee can seek an extension of time if it is determine that additional time is needed to complete a sale, with the Secured Creditor reserving their rights to object to that extension; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.