UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

**Order Filed on November 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-19952 RG

Adv. No.:

Hearing Date: 11/17/2020 @ 10:00 a.m..

Judge: Rosemary Gambardella

In Re:
    Louis Anthony Tenore
    Catherine Lynn Tenore

Debtors.

## ORDER RESOLVING MOTION FOR RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Louis Anthony Tenore, Catherine Lynn Tenore
Case No:  20-19952 RG
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Bayview Loan Servicing, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1222 Eagle Rock Avenue, Roseland, NJ, 07068, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Barry J. Roy, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that stay relief is granted as to the property located at 222 Eagle Rock Avenue, Roseland, NJ, 07068 effective immediately: and

It is **ORDERED, ADJUDGED and DECREED** the Secured Creditor will not have the property listed with the sheriff for a date of sale that is prior to November 15, 2021; and

It is **ORDERED, ADJUDGED and DECREED** that the trustee can seek an extension of time if it is determine that additional time is needed to complete a sale, with the Secured Creditor reserving their rights to object to that extension; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:  
Louis Anthony Tenore  
Lynn Catherine Tenore  
    Debtor(s)

Case No. 20-19952-RG  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Louis Anthony Tenore, Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

**Name**    **Email Address**

Barry J. Roy  
    on behalf of Joint Debtor Lynn Catherine Tenore broy@rltlawfirm.com

Barry J. Roy  
    on behalf of Debtor Louis Anthony Tenore broy@rltlawfirm.com

Benjamin A. Stanziale, Jr.  
    trustee@stanzialelaw.com nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.  
    on behalf of Trustee Benjamin A. Stanziale Jr. ben@stanzialelaw.com

Denise E. Carlon  
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 30, 2020 | Form ID: pdf903 | Total Noticed: 1

        on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Robert Davidow

        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8