| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Louis Anthony Tenore<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0357<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lynn Catherine Tenore<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2313<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    20–19952–RG | | |

## Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Louis Anthony Tenore                                     Lynn Catherine Tenore

12/4/20                                                  **By the court:** Rosemary Gambardella
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19952-RG |
| Louis Anthony Tenore | Chapter 7 |
| Lynn Catherine Tenore | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Anthony Tenore, Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520 |
| aty | + | Stanziale & Stanziale, PC, 29 Northfield Avenue, Suite 201, West Orange, NJ 07052-5358 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518937828 | + | Bank of America, PO Box 17234, Wilmington, DE 19850-7234 |
| 518937830 | + | Bayview Loan Servicing, PO Box 740410, Cincinnati, OH 45274-0410 |
| 518937836 | + | Cuna Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937839 | + | Eagle Hill Condos, c/o Pat Caprio, 230 Eagle Rock Avenue, Roseland, NJ 07068-1711 |
| 518937840 | | Fortiva Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 518937845 | + | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518937846 | + | National Electric Benefit Fund, 2400 Research Boulevard, #500, Rockville, MD 20850-3266 |
| 518937847 | + | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518937850 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518937851 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 518937852 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518937853 | + | Sears Mastercard, PO Box 76051, Phoenix, AZ 85087-1041 |
| 518937854 | + | Synchrony Bank, c/o Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 518937855 | | TD Cash Visa, PO Box 54037, Columbus, GA 31908-4037 |
| 518937856 | + | The Jayson Company, 2150 Stanley Terrace, Union, NJ 07083-4320 |
| 518937857 | + | West Orange Municipal Federal Credit Uni, 342 Main Street, West Orange, NJ 07052-5726 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 05 2020 02:28:00 | AIS Portfolio Sevices, LP Attn: Capital One Auto F, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: FORD.COM | Dec 05 2020 02:28:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | + | EDI: RMSC.COM | Dec 05 2020 02:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518937827 | | EDI: CITICORP.COM | Dec 05 2020 02:28:00 | AT&T Universal Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518937826 | + | EDI: AMEREXPR.COM | Dec 05 2020 02:28:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518937829 | | EDI: BANKAMER.COM | Dec 05 2020 02:28:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 518937830 | + | EDI: LCIBAYLN | Dec 05 2020 02:28:00 | Bayview Loan Servicing, PO Box 740410, Cincinnati, OH 45274-0410 |
| 518946830 | + | EDI: AISACG.COM | Dec 05 2020 02:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518937831 | + | EDI: CAPITALONE.COM | Dec 05 2020 02:28:00 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 518937833 | | EDI: CITICORP.COM | Dec 05 2020 02:28:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518937832 | | EDI: CITICORP.COM | Dec 05 2020 02:28:00 | Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 518937834 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2020 01:17:22 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518937841 | | EDI: CITICORP.COM | Dec 05 2020 02:28:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518937842 | + | EDI: IRS.COM | Dec 05 2020 02:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518937843 | | EDI: JPMORGANCHASE | Dec 05 2020 02:28:00 | JP Morgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 518937849 | | Email/Text: bnc@nordstrom.com | Dec 04 2020 22:31:03 | Nordstrom Card Services, PO Box 6566, Englewood, CO 80155-6566 |
| 518939521 | + | EDI: RMSC.COM | Dec 05 2020 02:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518937837 | *+ | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937838 | *+ | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937835 | *+ | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518937844 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 518937848 | *+ | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518937858 | *+ | West Orange Municipal Federal Credit Uni, 342 Main Street, West Orange, NJ 07052-5726 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2020        Signature:        /s/Joseph Speetjens

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 04, 2020 | Form ID: 318 | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Joint Debtor Lynn Catherine Tenore broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Louis Anthony Tenore broy@rltlawfirm.com |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. ben@stanzialelaw.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Robert Davidow | on behalf of Creditor BAYVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8