| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com |

| | |
|---|---|
| In Re:<br><br>LOUIS ANTHONY TENORE and<br>LYNN CATHERINE TENORE<br>                    Debtors. | Chapter 7<br><br>Case No. 20-19952<br><br>Judge:  Rosemary Gambardella |

## AMENDED CERTIFICATION OF SERVICE

1.   I, Kathryn Anema

  ☐ represent the_____ in the above-captioned matter.

  ☒ am the secretary/paralegal for Kim R. Lynch, who represents the Trustee in the above captioned matter.

  ☐ am the _____ in the above case and am representing myself.

2.   On August 30, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Application for Retention of Formanlaw LLC d/b/a Forman Holt as Attorneys for Trustee;
- Certification of Kim R. Lynch in Support; and
- Proposed Form of Order.

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 30, 2021              */s/ Kathryn Anema*
                                                                Kathryn Anema

F0142312 - 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard,<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Louis Anthony Tenore<br>64 Grove Ave<br>East Hanover, NJ 07936 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Lynn Catherine Tenore<br>64 Grove Ave<br>East Hanover, NJ 07936 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Barry J. Roy, Esq.<br>Rabinowitz, Lubetkin & Tully LLC<br>293 Eisenhower Parkway<br>Suite 100<br>Livingston, NJ 07039<br>broy@rtllawfirm.com | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Phelan Hallinan Diamond & Jones PC<br>Attn: Robert J. Davidow, Esq.<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Robert.davidow@phelanhallinan.com | Attorneys for Bayview Loan Servicing LLC – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Denise Carlon, Esq.<br>KML Law Group P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Attorneys for Bayview Loan Servicing – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

F0142312 - 1

| Capital One Auto Finance<br>Attn:  Ambrish Patel, Claims Processor<br>AIS Portfolio Services LP<br>Account:XXXXXXXX7018<br>4515 N Santa Fe Ave, Apt. APS<br>Oklahoma City, OH 73118<br>ecfnotices@ascensioncapitalgroup.com | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables<br>Attn:  Valerie Smith, Senior Manager<br>P.O. Box 41021<br>Norfolk, VA 23541 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| John R. Morton, Jr., Esq.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>ecfmail@mortoncraig.com | Attorney for Ford Motor Credit – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Ford Motor Credit Company LLC<br>National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Nissan Motor Acceptance Corporation<br>P.O. Box 660360<br>Dallas, TX 75266 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| PNC Bank<br>P.O. Box 6534<br>Carol Stream, IL 60197 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

F0142312 - 1