| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Proposed Attorneys for Benjamin A. Stanziale, Jr.<br>Chapter 7 Trustee<br>Kim R. Lynch<br>klynch@formanlaw.com | **Order Filed on September 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LOUIS ANTHONY TENORE AND<br>LYNN CATHERINE TENORE,<br><br>       Debtors. | Chapter 7<br><br>Case No. 20-19952<br><br>Judge: Rosemary Gambardella |

## ORDER AUTHORIZING RETENTION OF
## FORMAN HOLT AS ATTORNEYS FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0142302 - 1

Page 2
Debtor: Louis Anthony Tenore and Lynn Catherine Tenore
Case No. 20-19952 (RG)
Caption: Order Authorizing Retention of Forman Holt as Attorneys for Trustee

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys for Trustee, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is: 365 West Passaic Street, Suite 400

Rochelle Park, New Jersey 07662

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is the date the application was filed with the Court.

F0142302 - 1

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19952-RG |
| Louis Anthony Tenore | Chapter 7 |
| Lynn Catherine Tenore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Louis Anthony Tenore, Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Joint Debtor Lynn Catherine Tenore broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Louis Anthony Tenore broy@rltlawfirm.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. ben@stanzialelaw.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | |

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

John R. Morton, Jr.
on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kim R. Lynch
on behalf of Trustee Benjamin A. Stanziale  Jr. klynch@formanlaw.com, kanema@formanlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9