UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Tenore, Louis & Lynn | Case No.: **20-19952-RG** |
| | Chapter: **7** |
| | Judge: **Rosemary Gambardella** |

## NOTICE OF PROPOSED ABANDONMENT

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    Jeanne A. Naughton, Clerk
> United States Bankruptcy Court
> 50 Walnut Street
> Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on November 16, 2021, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> **Description and value of Property: 222 Eagle Rock Avenue, Roseland, New Jersey**
>
> **Current Market Value of Property:  $415,000.00**
> **Estimated Cost of Sale:  $41,500.00**

> **Liens on property: Bayview Loan Servicing: $213,177.55**
> **PNC Bank: $188,837.90**

> **Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:    Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court

District of New Jersey

In re:  
Louis Anthony Tenore  
Lynn Catherine Tenore  
    Debtors

Case No. 20-19952-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 13, 2021      Form ID: pdf905      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Anthony Tenore, Lynn Catherine Tenore, 64 Grove Ave., East Hanover, NJ 07936-1520 |
| aty | + | Forman Holt, 66 Route 17 North, First Floor, Paramus, NJ 07652-2742 |
| aty | + | Stanziale & Stanziale, PC, 29 Northfield Avenue, Suite 201, West Orange, NJ 07052-5358 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 518937826 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519077597 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518937829 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 518937828 | + | Bank of America, PO Box 17234, Wilmington, DE 19850-7234 |
| 518937836 | + | Cuna Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937839 | + | Eagle Hill Condos, c/o Pat Caprio, 230 Eagle Rock Avenue, Roseland, NJ 07068-1711 |
| 519057644 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518937846 | + | National Electric Benefit Fund, 2400 Research Boulevard, #500, Rockville, MD 20850-3266 |
| 518937847 | + | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518937850 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 518937851 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 518937852 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518937853 | + | Sears Mastercard, PO Box 76051, Phoenix, AZ 85087-1041 |
| 518937854 | + | Synchrony Bank, c/o Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 518937855 | | TD Cash Visa, PO Box 54037, Columbus, GA 31908-4037 |
| 518937856 | + | The Jayson Company, 2150 Stanley Terrace, Union, NJ 07083-4320 |
| 518937857 | + | West Orange Municipal Federal Credit Uni, 342 Main Street, West Orange, NJ 07052-5726 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 13 2021 20:23:15 | AIS Portfolio Sevices, LP Attn: Capital One Auto F, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 13 2021 20:23:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 20:23:27 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA |

Case 20-19952-RG    Doc 44    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: pdf905 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | 23541-1021 |
| 518937827 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:34:16 | AT&T Universal Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518937830 | + Email/Text: BKMailBayview@bayviewloanservicing.com | | |
| | | Oct 13 2021 20:24:00 | Bayview Loan Servicing, PO Box 740410, Cincinnati, OH 45274-0410 |
| 518946830 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:58 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519114016 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | | |
| | | Oct 13 2021 20:23:51 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry, CA 91716-0511 |
| 518937831 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:56 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 518937833 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:34:07 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518937832 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:34:07 | Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 519066618 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:34:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518937834 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 13 2021 20:23:47 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518937840 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Oct 13 2021 20:24:00 | Fortiva Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 518937841 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:24:01 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518937842 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Oct 13 2021 20:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518937843 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:13 | JP Morgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 519057389 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 13 2021 20:24:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518937845 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Oct 13 2021 20:25:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518937849 | Email/Text: bnc@nordstrom.com | | |
| | | Oct 13 2021 20:25:16 | Nordstrom Card Services, PO Box 6566, Englewood, CO 80155-6566 |
| 519057390 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 13 2021 20:24:01 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519124456 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 13 2021 20:25:00 | Quantum3 Group LLC as agent for, Mercury Financial LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519064135 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 13 2021 20:25:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519127888 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 13 2021 20:34:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518939521 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 13 2021 20:23:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519118991 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Oct 13 2021 20:24:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 519109208 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Oct 13 2021 20:49:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-19952-RG    Doc 44    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: pdf905 | Total Noticed: 50 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518937837 | *+ | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937838 | *+ | CUNA Mutual Group, 5910 Mineral Point Road, Madison, WI 53705-4498 |
| 518937835 | *+ | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519044210 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518937844 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 518937848 | *+ | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518937858 | *+ | West Orange Municipal Federal Credit Uni, 342 Main Street, West Orange, NJ 07052-5726 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Joint Debtor Lynn Catherine Tenore broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Debtor Louis Anthony Tenore broy@rltlawfirm.com |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale  Jr. ben@stanzialelaw.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kim R. Lynch | on behalf of Trustee Benjamin A. Stanziale  Jr. klynch@formanlaw.com, kanema@formanlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9