Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−19952−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Anthony Tenore | Lynn Catherine Tenore |
| 64 Grove Ave. | 64 Grove Ave. |
| East Hanover, NJ 07936 | East Hanover, NJ 07936 |

Social Security No.:
  xxx−xx−0357                              xxx−xx−2313

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  William Healy , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

222 Eagle Rock Avenue, Roseland, New Jersey

Dated: November 10, 2021
JAN: wdh

                                          Jeanne Naughton
                                          Clerk