Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20–19952–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Anthony Tenore | Lynn Catherine Tenore |
| 64 Grove Ave. | 64 Grove Ave. |
| East Hanover, NJ 07936 | East Hanover, NJ 07936 |

Social Security No.:
  xxx–xx–0357                              xxx–xx–2313

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 15, 2021</u>          <u>Rosemary Gambardella</u>
                                          Judge, United States Bankruptcy Court